COPY

FILED

10 SEP 22 PH 2: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN ROSS HUTCHINS, ESQ., SBN 227776
   MHUTCHINS@MICHAELTRACYLAW.COM
3  LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
   Irvine, CA 92614
5  T: (949) 260-9171
   F: (866) 365-3051
6

7  Attorneys for Plaintiff BRENDON LLOYD

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION
                                    CV10 7063-AJW
11 BRENDON LLOYD, an individual     Case No.:

12              Plaintiff,          COMPLAINT FOR UNPAID OVERTIME
                                    UNDER CALIFORNIA LABOR CODE,
13      vs.                         IMPROPER PAY STUBS, WAITING TIME
                                    PENALTIES, OVERTIME UNDER THE
14 MYSPACE, INC., A DELAWARE        FLSA, FAILURE TO PRODUCE
   CORPORATION; and DOES 1 through 10,  RECORDS, RETALIATION, AND
15 inclusive,                       UNFAIR BUSINESS PRACTICES

16              Defendants.

17                                  DEMAND FOR JURY TRIAL

18 Plaintiff, BRENDON LLOYD, alleges:

19                        **JURISDICTION**

20      1.    This Court has jurisdiction over this matter because this complaint alleges a

21 federal question in that violations of 29 U.S.C. § 201 et seq. are alleged.

22      2.    This court has supplemental jurisdiction of all the State law claims under 28

23 U.S.C. § 1367(a). The State law claims are all related to the same facts – namely whether

24 Plaintiff performed work and was not paid overtime wages and whether that failure to pay

25 was willful. The failure to provide proper pay check stubs is also directly related to the

26 FLSA claims because Plaintiff is alleging that the pay check stubs are inaccurate because

27 they did not list the overtime required by the FLSA. The waiting time penalty claim is

28 directly related to whether the failure to pay overtime required by the FLSA was willful.

1   As such, all the claims make up the same case or controversy under Article III of the United

2   States Constitution.

3                                  **GENERAL ALLEGATIONS**

4        3.       This Court is the proper court and this action is properly filed in the County

5   of Los Angeles and in this judicial district because Defendants do business in the County of

6   Los Angeles, and because Defendants' obligations and liabilities arise therein, and because

7   the work that was performed by Plaintiff in the County of Los Angeles is the subject of this

8   action.

9        4.       The true names and capacities of DOES 1 through 10 are unknown to

10  Plaintiff, who therefore sues the DOE Defendants by fictitious names.  Plaintiff will amend

11  this Complaint to show their true names and capacities when they have been ascertained.

12  Plaintiff is informed and believes, and hereon alleges, that some such Doe defendants are

13  residents of California.

14       5.       Plaintiff is informed and believes that Defendants, each and all of them, at all

15  times material hereto, were the joint employers, parent companies, successor companies,

16  predecessors in interest, affiliates, agents, employees, servants, joint venturers, directors,

17  fiduciaries, representatives, and/or coconspirators of each of the remaining Defendants.

18  The Defendants, unless otherwise alleged, at all times material hereto, performed all acts

19  and omissions alleged herein within the course and scope of said relationship, and are a

20  proximate cause of Plaintiff's damages as herein alleged.

21                                        **PARTIES**

22       6.       Plaintiff BRENDON LLOYD ("LLOYD") was jointly employed by

23  Defendants from September 8, 2009 through March 22, 2010.

24       7.       Defendant MYSPACE, INC. ("MYSPACE") is a delaware corporation doing

25  business in the County of Los Angeles, State of California.

26                                **FIRST CAUSE OF ACTION**

27  **FAILURE TO PAY OVERTIME COMPENSATION UNDER CALIFORNIA INDUSTRIAL**

28     **WELFARE COMMISSION ORDERS AND CALIFORNIA LABOR CODE**

**(AGAINST MYSPACE and DOES 1-5)**

8.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 7.

9.    This cause of action is brought against MYSPACE and DOES 1-5, jointly and individually.

10.    Pursuant to Industrial Welfare Commission Order No. 4-2001, California Code of Regulations, Title 8, § 11040, for the period of Plaintiff's employment, Defendants were required to compensate Plaintiff for all overtime, which is calculated at one and one-half (1 ½) times the regular rate of pay for hours worked in excess of eight (8) in a day or forty (40) hours in a week, and two (2) times the regular rate of pay for hours worked in excess of twelve (12) hours in a day of hours worked in excess of eight (8) hours on the seventh consecutive work day in a week.

11.    Plaintiff LLOYD worked more than eight (8) hours in a single workday or forty (40) hours in a single workweek on numerous occasions.

12.    Plaintiff LLOYD was entitled to the above overtime premiums.

13.    Defendants did not pay Plaintiff premium wages of at least one and one-half times Plaintiff's regular rate of pay for hours worked past eight (8) in a day.

14.    Defendants did not pay Plaintiff premium wages of at least one and one-half times Plaintiff's regular rate of pay for hours worked past forty (40) in a week.

15.    Defendants did not pay Plaintiff premium wages of at least two times Plaintiff's regular rate of pay for hours worked past twelve (12) in a day.

16.    Plaintiff LLOYD worked at least one pay period in which he was not properly paid overtime within the three (3) years prior to the initiation of this lawsuit.

17.    Defendants know or should know the actual dates of overtime worked, the amount of overtime worked, and the amount of unpaid overtime due.

18.    As a proximate result of Defendants' violations, Plaintiff LLOYD has been damaged in an amount in excess of $24,107 and subject to proof at time of trial.

19.    Pursuant to Labor Code §§ 218.6, 510, 1194 and California Code of Regulations, Title 8, § 11040, Plaintiff LLOYD is entitled to recover damages for the

1   nonpayment of overtime premiums for all overtime hours worked, penalties, interest, plus

2   reasonable attorney's fees and costs of suit.

3                              **SECOND CAUSE OF ACTION**

4            **FAILURE TO ITEMIZE WAGE STATEMENTS AS REQUIRED**

5                        **UNDER LABOR CODE SECTION 226**

6                          **(AGAINST MYSPACE and DOES 1-5)**

7        20.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 19.

8        21.    This cause of action is brought against MYSPACE and DOES 1-5, jointly and

9   individually.

10       22.    Pursuant to Labor Code § 226, every employer must furnish each employee

11   an itemized statement of wages and deductions at the time of payment of wages.

12       23.    Defendants knowingly and intentionally furnished Plaintiff pay stubs that did

13   not accurately reflect all the information required by Labor Code § 226.

14       24.    Plaintiff suffered injury from the lack of proper information on the pay stubs

15   provided by Defendants.

16       25.    Plaintiff suffered injury under this cause of action within a period of one (1)

17   year prior to the initiation of this lawsuit.

18       26.    Pursuant to Labor Code § 226(e) and (g), Plaintiff prays for judgment against

19   Defendants in an amount subject to proof at trial plus costs and attorney fees.

20                              **THIRD CAUSE OF ACTION**

21        **WAITING TIME PENALTIES UNDER LABOR CODE SECTION 203**

22                          **(AGAINST MYSPACE and DOES 1-5)**

23       27.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 26.

24       28.    This cause of action is brought against MYSPACE and DOES 1-5, jointly and

25   individually.

26       29.    Plaintiff's employment with Defendants was terminated on March 22, 2010.

27       30.    Defendants willfully refused and continue to refuse to pay Plaintiff LLOYD

28   unpaid wages as required by Labor Code § 203.  Defendants know that the pay is due and

1 | are refusing to pay it.

2 |     31.     Plaintiff LLOYD requests damages and penalties as provided by Labor Code

3 | § 203 in the amount of $13,846 and subject to proof at time of trial.

4 | ### FOURTH CAUSE OF ACTION

5 | ### OVERTIME PAY AND LIQUIDATED DAMAGES UNDER 29 U.S.C. § 207 and § 216

6 | ### (AGAINST ALL DEFENDANTS)

7 |     32.     Plaintiff refers to and incorporates by reference Paragraphs 1 through 31.

8 |     33.     This cause of action is against all Defendants, jointly and individually.

9 |     34.     Plaintiff is informed and believes and hereon alleges that Defendants are

10 | subject to the provisions of the Fair Labor Standards Act. Under 29 U.S.C. § 207(a) and §

11 | 216(b), Plaintiff is entitled to overtime pay at a rate of one and one-half (1 ½) times the

12 | regular rate of pay for hours worked in excess of forty (40) hours in a week and an equal

13 | additional amount as liquidated damages, as well as costs and attorney's fees.

14 |     35.     Plaintiff worked numerous weeks in excess of forty (40) hours.

15 |     36.     Plaintiff was entitled to the above overtime premiums.

16 |     37.     Defendants failed to compensate Plaintiff for any overtime premiums.

17 |     38.     This court has jurisdiction over this cause of action because the federal statute

18 | specifically grants the employee the right to bring the action in "any Federal or State court

19 | of competent jurisdiction." 29 U.S.C. § 216(b).

20 |     39.     Plaintiff worked at least one week in which overtime premiums were not paid

21 | by Defendants under the Fair Labor Standards Act within the two (2) years prior to

22 | initiating this lawsuit.

23 |     40.     Plaintiff's individual employment is covered by the terms of the Fair Labor

24 | Standards Act.

25 |     41.     Plaintiff used equipment on the job that had previously been transported in

26 | interstate commerce.

27 |     42.     Defendant MYSPACE was the employer of Plaintiff, as the term "employer"

28 | is defined in the Fair Labor Standards Act.

1    43.    Defendant MYSPACE was an enterprise covered by the provisions of the Fair
2  Labor Standards Act for the entire time of Plaintiff's employment.

3    44.    Defendant MYSPACE conducted business with a total gross sales volume in
4  excess of $500,000 for each and every twelve (12) month period in which Plaintiff was
5  employed.

6    45.    Defendant MYSPACE employed at least two (2) employees during each and
7  every 12 month period in which Plaintiff was employed. These employees were engaged in
8  commerce and regularly used equipment that had been transported in interstate commerce.

9    46.    DOES 1-10 were the employer of Plaintiff, as the term "employer" is defined
10 in the Fair Labor Standards Act.

11   47.    Defendants' violations of 29 U.S.C. § 207 were willful and intentional.

12   48.    Plaintiff prays for judgment for overtime pay of $24,107. This amount is
13 subsumed by the overtime pay claimed in the First Cause of Action.

14   49.    Plaintiff prays for judgment for liquidated damages in the amount of $24,107.
15 This amount is supplemental to the relief requested in all other causes of action.

16   50.    Plaintiff prays for costs and attorney's fees.

17              **FIFTH CAUSE OF ACTION**

18     **VIOLATIONS OF CALIFORNIA BUSINESS AND PROFESSIONS**

19                  **CODE SECTION 17200**

20            **(AGAINST MYSPACE and DOES 1-5)**

21   51.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 50.

22   52.    This cause of action is brought against MYSPACE and DOES 1-5, jointly and
23 individually.

24   53.    By failing to pay overtime premiums, Defendants' acts constitute unfair and
25 unlawful business practices under Business and Professions Code § 17200, et seq.

26   54.    Plaintiff LLOYD prays for restitution under this Cause of Action in an
27 amount subject to proof at time of trial.

28

COMPLAINT FOR LABOR VIOLATIONS

## SIXTH CAUSE OF ACTION

## FAILURE TO PROVIDE PAY RECORDS

## (AGAINST MYSPACE and DOES 1-5)

55.   Plaintiff refers to and incorporates by reference Paragraphs 1 through 54.

56.   This cause of action is brought against MYSPACE and DOES 1-5, jointly and individually.

57.   Pursuant to Labor Code § 226, employers must provide employees an opportunity to inspect or copy records upon request.

58.   Plaintiff requested his pay records in accordance with Labor Code § 226 on April 30, 2010.

59.   Defendants have failed to provide Plaintiff with an opportunity to inspect or copy his records within 21 days.

60.   Pursuant to Labor Code § 226, Plaintiff prays for judgment against Defendants in the amount of $750, costs and attorney fees.

61.   Pursuant to Labor Code § 226, Plaintiff prays for an injunction requiring Defendants to provide Plaintiff with all pay records under Labor Code § 226.

## SEVENTH CAUSE OF ACTION

## RETALIATION

## (AGAINST MYSPACE and DOES 1-5)

62.   Plaintiff refers to and incorporates by reference Paragraphs 1 through 61.

63.   This cause of action is brought against MYSPACE and DOES 1-5, jointly and individually.

64.   Plaintiff complained about the illegal activities, as outlined in this Complaint, being committed by his employer.

65.   In response to the complaints of illegal activity, Employer retaliated against Plaintiff. Plaintiff suffered lost wages and other damages as a result of this retaliation.

66.   Plaintiff seeks damages under Cal. Labor Code § 98.6.

67.   Plaintiff seeks all damages and remedies available under 29 U.S.C. § 216,

COMPLAINT FOR LABOR VIOLATIONS

including the payment of wages lost, an additional amount as liquidated damages, and reasonable attorney's fees.

**WHEREFORE**, Plaintiff prays for the following relief:

1. Damages for overtime not paid to Plaintiff LLOYD in an amount in excess of $24,107 and subject to proof at trial.

2. For liquidated damages in the amount in excess of $24,107 and subject to proof at trial.

3. For damages and penalties under Labor Code § 226 for Plaintiff LLOYD in an amount subject to proof at trial.

4. For penalties and damages pursuant to Labor Code § 203 for Plaintiff LLOYD in an amount of $13,846 and subject to proof at trial.

5. For $750 for failure to allow Plaintiff to inspect or copy records in a timely manner.

6. For restitution and disgorgement for all unfair business practices against Plaintiff LLOYD in an amount subject to proof at trial.

7. For prejudgment and post judgment interest.

8. Cost of suit.

9. Attorneys' fees.

10. For such other and further relief as the court may deem proper.

DATED:  September 17, 2010

LAW OFFICES OF MICHAEL TRACY

By: _____

MICHAEL TRACY, Attorney for Plaintiff BRENDON LLOYD

-8-
COMPLAINT FOR LABOR VIOLATIONS

1
2
3
4

### DEMAND FOR JURY TRIAL

5    Plaintiff demands a jury trial.

6    DATED:  September 17, 2010

LAW OFFICES OF MICHAEL TRACY

7

8    By:

9    MICHAEL   TRACY,  Attorney   for   Plaintiff
BRENDON LLOYD

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-9-

COMPLAINT FOR LABOR VIOLATIONS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## NOTICE TO COUNSEL
### (MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT)

*The court has directed that the following rules be specifically called to your attention:*

I.      Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge [28 U.S.C. § 636(c) and General Order 08-09].

II.     Continuing Obligation to Report Related Cases (Local Rule 83-1.3.3)

III.    Service of Papers and Process (Local Rule 4)

**I.     NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE**

*Pursuant to Local Rule 73-2, the initiating party must serve this notice and consent form CV-11C on each party at the time of service of the summons and complaint or other initial pleading.*

This case has been randomly assigned to Magistrate Judge _Wistrich_ under the Civil Consent Pilot Project in accordance with General Order 08-09. The case number on all documents filed with the court should read as follows: _2:10-CV-7063-AJW_

The parties are advised that they may consent to have the assigned magistrate judge conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. The parties may consent to proceed only before the assigned magistrate judge.

**The parties are further advised that they are free to withhold consent without adverse substantive consequences.** If the parties agree to the exercise of jurisdiction by the magistrate judge, the parties shall jointly or separately file a statement of consent setting forth such election. For cases originally filed in district court and initially assigned only to a magistrate judge, the statement of consent shall be filed within 30 days after service of the summons and complaint upon that defendant, and within 30 days by plaintiff after service upon the first-served defendant.

For cases removed from state court and initially assigned only to a magistrate judge, a joint or separate statements of consent shall be filed by plaintiff and all defendants upon whom service has been effected, within 11 days after the notice of removal is filed.

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. There may be other advantages or disadvantages which you will want to consider.

Any appeal from a judgment of the magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the district court in accordance with 28 U.S.C. §636(c)(3).

If a party has not consented to the exercise of jurisdiction by the magistrate judge within the time

COPY

Michael L. Tracy, Esq.    SBN237779
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
949-260-9171
mtracy@michaeltracylaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDON LLOYD, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MYSPACE, INC., A DELAWARE CORPORATION;  and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 7063-AJW<br><br><br>**SUMMONS** |

TO:    DEFENDANT(S): _____

A lawsuit has been filed against you.

Within  __21__  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Michael Tracy_____, whose address is _2030 Main Street, Suite 1300, Irvine, CA 92614_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  **2 2 SEP 2010** _____

By: _____
        Deputy Clerk

SEAL
MARILYN DAVIS

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States   Allowed 60 days by Rule 12(a)(3)]*

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

BRENDON LLOYD, an individual

**DEFENDANTS**

MYSPACE, INC , A DELAWARE CORPORATION, and DOES 1 through 10, inclusive,

**(b)** Attorneys (Firm Name, Address and Telephone Number If you are representing yourself, provide same )

Michael Tracy SBN 237779    Megan Ross Hutchins SBN 227776
Law Office of Michael Tracy
2030 Main Street, Ste 1300, Irvine, CA 92614
(949)260-9171

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only )

☐ 1 U S Government Plaintiff    ☒ 3 Federal Question (U S Government Not a Party)

☐ 2 U S Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant )

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only )

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT    JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint )

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ 62,810 00

**VI. CAUSE OF ACTION** (Cite the U S Civil Statute under which you are filing and write a brief statement of cause  Do not cite jurisdictional statutes unless diversity )

29 U S C  section 201 et seq    Failure to Pay Overtime

**VII. NATURE OF SUIT** (Place an X in one box only )

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☒ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl Ret Inc Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | | ☐ 640 R R & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U S Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | ☐ 446 American with Disabilities - Other | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

---

**CV10 7063**

**FOR OFFICE USE ONLY:**   Case Number

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s) _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s) _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A  Arise from the same or closely related transactions, happenings, or events, or
☐ B  Call for determination of the same or substantially related or similar questions of law and fact, or
☐ C  For other reasons would entail substantial duplication of labor if heard by different judges, or
☐ D  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary )

(a)  List the County in this District, California County outside of this District, State if other than California, or Foreign Country, in which EACH named plaintiff resides
☐  Check here if the government, its agencies or employees is a named plaintiff  If this box is checked, go to item (b)

| County in this District * | California County outside of this District, State, if other than California, or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District, California County outside of this District, State if other than California, or Foreign Country, in which EACH named defendant resides
☐  Check here if the government, its agencies or employees is a named defendant  If this box is checked, go to item (c)

| County in this District * | California County outside of this District, State, if other than California, or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District, California County outside of this District, State if other than California, or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District * | California County outside of this District, State, if other than California, or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note  In land condemnation cases, use the location of the tract of land involved.

X  SIGNATURE OF ATTORNEY (OR PRO PER) _____  Date 9/21/2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet  (For more detailed instructions, see separate instructions sheet )

Key to Statistical codes relating to Social Security Cases

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended Also, include claims by hospitals, skilled nursing facilities, etc , for certification as providers of services under the program  (42 U S C  1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U S C  923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended, plus all claims filed for child's insurance benefits based on disability  (42 U S C  405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended  (42 U S C  405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended  (42 U S C  (g)) |

CV-71 (05/08)  |  **CIVIL COVER SHEET**  |  Page 2 of 2